IN THE UNITED STATES BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF FLORIDA
Jacksonville Division

| | |
|---|---|
| IN RE: ) | |
| ) | |
|    Justin T. Wynne ) | CASE NO. 3:09-bk-3195-JAF |
|    Jamie L. Wynne ) | (Chapter 7) |
|               Debtors ) | |
| ) | |

## **MOTION TO REOPEN CASE TO REDRESS DISCHARGE VIOLATIONS**

Justin Wynne, Debtor, moves pursuant to 11 U.S.C. §§350(b) and Rule 9024 of the Federal Rules of Bankruptcy Procedure for entry of an order reopening this case to pursue violations of the discharge injunction, and further states:

1. A Discharge of Debtor was entered on October 30, 2008.

2. Following entry of the discharge, Wells Fargo Financial Bank, Central Credit Services, Inc. and Aurora Loan Services, LLC attempted to collect discharged debts from Mr. Wynne. Mr. Wynne is filing herewith a motion to hold Wells Fargo Financial Bank and Central Credit Services, Inc. in contempt and expects to file an adversary proceeding regarding the other creditor's violation. Pursuant to 28 U.S.C. §1930 no fee is due for this reopening for an action related to the debtor's discharge.

WHEREFORE, for the reasons stated above, Justin T. Wynne respectfully requests that this Court enter an Order reopening the case to allow him to prosecute his motion for contempt and adversary proceeding, and granting such other and further relief as is just.

I hereby certify that this 3rd day of March, 2009, a copy of the foregoing was sent to Gregory L. Atwater, Esquire and the United States Trustee's office through the Electronic Case Filing System.

                                                     /s/ Wendell Finner
                                                   Wendell Finner, Florida Bar No. 93882
                                                   234 9th Avenue South
                                                   Jacksonville Beach, Florida 32250-6537
                                                   (904) 242-7070
                                                   (904) 242-7054 fax

                                                   *Attorney for Debtor*