[31609] [Order Denying Without Prejudice ]

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

In re:

Case No. 3:08–bk–03195–PMG
Chapter 7

Justin T. Wynne

Jamie Lee Wynne

_____Debtor(s)_____/

### ORDER DENYING MOTION FOR SANCTIONS WITHOUT PREJUDICE

Upon consideration of the Motion For Sanctions filed by the debtor(s) on March 3, 2009 the Court finds:

1. The Motion For Sanctions is a contested matter governed by Fed. R. Bank. P. 9014.

2. Movant has failed to serve the Motion For Sanctions on respondent in the manner provided by Fed. R. Bank. P. 7004 as required by Fed. R. Bank. P. 9014.

The Court denies the Motion For Sanctions without prejudice to refiling, securing service on respondent in accordance with Federal Rule of Bankruptcy Procedure 7004, and filing certification of service.

Dated March 4, 2009 .

Paul M. Glenn
Chief United States Bankruptcy Judge

Copies furnished to:
Debtor(s)
Debtor(s)' Attorney
Trustee
United States Trustee
Creditor